PER CURIAM.
Affirmed. Ramos v. Philip Morris Cos., Inc., 743 So.2d 24, 30-31 (Fla. 3d DCA 1999) (“The statute of limitations is an affirmative defense which must be plead and proved by the defendant, and is waived if not plead.”) (citations omitted); see also Fla. R. Civ. P. 1.110(d); Barnett Bank v. Estate of Read, 493 So.2d 447, 448 (Fla.1986); Aboandandolo v. Vonella, 88 So.2d 282, 284 (Fla.1956); Snow v. Wells Fargo, 156 So.3d 538 (Fla. 3d DCA 2015); Comerica Bank & Trust v. SDI Operating Partners, 673 So.2d 163, 166 (Fla. 4th DCA 1996).